**PRIORITY SEND**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

<u>CIVIL MINUTES -- GENERAL</u>

Case No.  EDCV 13-00821-VAP (OPx)                              Date:  May 23, 2014

Title:     PETER QUAST -v- LAW OFFICES OF HARRIS & ZIDE, LLP; CROWN ASSET MANAGEMENT, LLC
===============================================================
PRESENT:       HONORABLE VIRGINIA A. PHILLIPS, U.S. DISTRICT JUDGE

| Marva Dillard | None Present |
|---|---|
| Courtroom Deputy | Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFFS: | ATTORNEYS PRESENT FOR DEFENDANTS: |
|---|---|
| None | None |

PROCEEDINGS:     ORDER TO SHOW CAUSE RE: DISMISSAL FOR FAILURE TO PROSECUTE (IN CHAMBERS)

    On April 9, 2013, Plaintiff filed the instant Complaint.  (Doc. No. 1.)  Since that time, Plaintiff has failed to prosecute this action.

    Accordingly, the Court ORDERS Plaintiff to show cause in writing, not later than May 29, 2014, why this action should not be dismissed for failure to prosecute. Failure to file a timely response to this Order to Show Cause will result in the dismissal of this action.

    **IT IS SO ORDERED.**