JS-6

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| Peter Quast, | Case No: 13-CV-00821-VAP-OP |
|---|---|
| Plaintiff, | |
| v. | **[PROPOSED] ORDER OF VOLUNTARY DISMISSAL OF ACTION WITH PREJUDICE** |
| Law Offices of Harris & Zide, LLP and Crown Asset Management, LLC | |
| Defendants. | **HON. VIRGINIA A. PHILLIPS** |

    Based upon the Plaintiff's Unilateral Notice of Dismissal, and good cause, this Court hereby orders the action to be, and is, dismissed with prejudice.

IT IS SO ORDERED.

Dated: May 28, 2014

                HON. VIRGINIA A. PHILLIPS
                UNITED STATES DISTRICT JUDGE

**HYDE & SWIGART**
San Diego, California